JAP:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AURIA TORRES,

              Defendant.

- - - - - - - - - - - - - - - -X

**M 12- 049**

C O M P L A I N T

(21 U.S.C. § 963)

EASTERN DISTRICT OF NEW YORK, SS:

    DERON JAMES, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about January 16, 2012, within the Eastern District of New York and elsewhere, defendant AURIA TORRES did knowingly, intentionally and unlawfully conspire to import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 952(a).

    (Title 21, United States Code, Section 963).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about January 16, 2012, AURIA TORRES arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, from Trinidad. She arrived aboard Caribbean Airlines Flight 520 from Port of Spain, Trinidad.

2. The defendant was traveling with another individual (the "Friend").

3. The Friend was selected for a Customs and Border Protection ("CBP") examination. The Friend presented checked-in luggage for inspection. During a routine examination of the bag and its contents, the CBP officer discovered six packages of powdered milk. The white powdery substance inside six packages was field tested and the substance in two of the six packages field tested positive for cocaine.

4. The total approximate gross weight of the cocaine found in the Friend's bag is 1,984.0 grams.

5. The Friend and the defendant AURIA TORRES were each arrested and read their <u>Miranda</u> rights. The defendant AURIA TORRES appeared to understand and waived those rights.

6. The defendant admitted, in sum and substance and in part, she knew that she was transporting illegal narcotics

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

into the country. She further stated that the illegal narcotics had been transferred into the Friend's baggage at the direction of a co-conspirator in Trinidad. She further stated that the Friend had no knowledge of the illicit drugs that were in the Friend's baggage.

WHEREFORE, your deponent respectfully requests that defendant AURIA TORRES be dealt with according to law.

DERON JAMES
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
17th day of January, 2012

THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK